UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR RAY DEERE, | ) | No. EDCV 08-1009 |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: July 23, 2012

MANUEL L. REAL
United States District Judge